# Order

Michigan Supreme Court
Lansing, Michigan

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

144698

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT DOUGLAS PIONK,
      Defendant-Appellant.

SC: 144698
COA: 307258
Macomb CC: 2010-002446-FH

_____/

      On order of the Court, the application for leave to appeal the January 9, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

p0912